UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NGOC LAM CHE,<br><br>        Plaintiff,<br><br>    v.<br><br>SARATOGA SQUARE, LP,<br><br>        Defendant. | Case No. 17-cv-05234-SVK<br><br>**OSC RE SETTLEMENT**<br>Re: Dkt. No. 13 |

Plaintiff reports that this case has settled. ECF 13. All previously-scheduled deadlines and appearances are vacated.

By **January 15, 2018**, the parties shall file a stipulation of dismissal. If a dismissal is not filed by the specified date, then the parties shall appear on **January 23, 2018 at 10:00 a.m.** and show cause, if any, why the case should not be dismissed. Additionally, the parties shall file a statement in response to this Order no later than **January 16, 2018**, advising as to (1) the status of the parties' efforts to finalize settlement, and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal.

If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**SO ORDERED.**

Dated: November 15, 2017

_____
SUSAN VAN KEULEN
United States Magistrate Judge